570 A.2d 967

STATE OF NEW JERSEY v. CLEMENT OTTO.

October 31, 1989.

Petition for certification denied.

570 A.2d 967

STATE OF NEW JERSEY v. MICHAEL WILLIAMS.

October 31, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 432, 557 *A*.2d 675)

570 A.2d 967

STATE OF NEW JERSEY v. PAUL M. FISCHER.

October 31, 1989.

Petition for certification denied.

570 A.2d 967

STATE OF NEW JERSEY v. JOHN MILLEDGE.

October 31, 1989.

Petition for certification denied.